■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT MITCHELL, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Queens County, rendered April 22, 1977, convicting him of rape in the first degree, after a nonjury trial, and imposing sentence. Judgment affirmed. Defendant's acquittal on a charge of burglary, allegedly committed in connection with the rape, is not repugnant to his conviction for rape (see *Dunn v United States,* 284 US 390; *People v Haymes,* 34 NY2d 639; *People v Ramos,* 50 AD2d 823; *People v Pratts,* 50 AD2d 937). Damiani, J. P., Suozzi, Margett and Mangano, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARNEL MURDAUGH, Appellant.—Appeal by defendant from a judgment of the County Court, Nassau County, rendered November 30, 1978, convicting him of criminal mischief in the second degree, upon a jury verdict, and imposing sentence. Judgment reversed, on the law, and new trial ordered. The trial court's failure, on this record, to charge on intoxication constituted reversible error (see *People v Orr,* 43 AD2d 836, affd 35 NY2d 829; *People v Summer,* 64 AD2d 658; see, also, Penal Law, § 15.25). Suozzi, J. P., Cohalan, Margett and Martuscello, JJ., concur.